SOLOMON R. GUGGENHEIM, PLAINTIFF IN ERROR, v. CITY
OF LONG BRANCH, DEFENDANT IN ERROR.

Submitted March 25, 1912—Decided June 20, 1912.

On error to the Supreme Court, whose opinion is reported
in 51 *Vroom* 246.

For the plaintiff in error, *Thomas P. Fay.*

For the defendant in error, *John W. Slocum.*

PER CURIAM.

Solomon R. Guggenheim, the plaintiff in error, was as-
sessed by the taxing officers of the city of Long Branch to
the amount of $40,000 upon personal property.   He at-
tacked the validity of this assessment in the Supreme Court
by *certiorari*, claiming—*first*, that the tax was improperly
assessed because he was not a resident of the taxing district;
*second*, that the assessment was excessive.   The Supreme
Court considered neither one of the contentions well founded,
and affirmed the tax.   Mr. Guggenheim, upon this writ of
error, challenges the validity of the judgment of the Su-
preme Court upon the ground that it erroneously deter-
mined that he was a resident of the taxing district of the city
of Long Branch at the time the assessment was laid.
Whether he was such resident, or not, was a matter of fact
in controversy before the Supreme Court, upon which con-
siderable testimony was taken and submitted to the court

for its consideration. The conclusion of that court upon the testimony submitted, that Mr. Guggenheim was such resident at the time of the assessment, is a finding of fact which will not be reviewed by this court, except in the absence of any testimony to support it. There is in the case sent up ample testimony to support the finding of the Supreme Court and, consequently, the judgment under review must be affirmed.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE, TREACY. JJ.   13.

*For reversal*—None.